United States District Court
Southern District of Texas

**ENTERED**

June 17, 2019

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IMPACT FLUID SOLUTIONS, LP F/K/A, | § | |
| IMPACT FLUID SOLUTIONS, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Case No. 4:19-cv-00652 |
| | § | |
| BARIVEN S.A. and | § | |
| PDVSA SERVICES, B.V. | § | |
| | § | |
| *Defendants.* | § | |

*agreed*

### ORDER ON MOTION TO STAY

On this day came to be considered Defendants Bariven S.A. and PDVSA Services, B.V.'s

Motion to Stay.   This Court, having considered the briefing and arguments of the parties,

concludes the Motion for Stay should be granted.  This matter is hereby stayed for 120 days.

SIGNED this ___17th___ day of ___June___, 2019.

FRANCES H. STACY
United States Magistrate Judge