United States District Court
Southern District of Texas
**ENTERED**
June 19, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMPACT FLUID SOLUTIONS, LP f/k/a IMPACT FLUID SOLUTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. H-19-0652 |
| BARIVEN, S.A. and PDVSA SERVICES, B.V., | § § § § | |
| Defendants. | § § | |

## ORDER

On June 11, 2019, an Order was entered granting Defendants' Motion to Substitute Counsel (Document No. 24). Because the motion was opposed and was granted prior to allowing Defendants the time provided for in the Local Rules for filing a written response, it is

ORDERED that the Order entered on June 11, 2019 (Document No. 24) is VACATED and Defendant's Motion to Substitute Counsel is reinstated. Plaintiff shall have fourteen days after the 120-day stay has expired to file a response to Defendants' Motion to Substitute Counsel.

Signed at Houston, Texas, this 18th day of June, 2019.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE