IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMPACT FLUID SOLUTIONS, LP F/K/A IMPACT FLUID SOLUTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 4:19-cv-00652 |
| BARIVEN, S.A. AND PDVSA SERVICES, B.V. | § § § § | |
| Defendants. | § § | |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL</u>**

Plaintiff Impact Fluid Solutions, LP f/k/a Impact Fluid Solutions, LLC ("IFS") respectfully requests that Myra Farah Siddiqui be permitted to withdraw as counsel of record for IFS in this matter.

Ms. Siddiqui has joined Yetter Coleman LLP and is no longer with Baker Botts L.L.P. This withdrawal is not sought for purposes of delay.

For these reasons, IFS respectfully requests that the Court grant this Motion for Withdrawal.

1

June 9, 2020                                            Respectfully submitted,

                                                        BAKER BOTTS L.L.P.

By:   */s/ Myra Farah Siddiqui*                By:    */s/ Russell Lewis*
      Myra Farah Siddiqui                             Russell Lewis
      State Bar No. No. 24106434                      Federal Bar No. 569523
      YETTER COLEMAN LLP                              State Bar No. 24036968
      811 Main Street, Suite 4100                     910 Louisiana
      Houston, Texas 77002                            Houston, Texas 77002
      Telephone:  713.632.8000                        Telephone:  713.229.1767
      Facsimile:  713.632.8002                        Facsimile:  713.229.2867
      msiddiqui@yettercoleman.com                     russell.lewis@bakerbotts.com

                                                      COUNSEL FOR IMPACT FLUID
                                                      SOLUTIONS, LP

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 1, 2020, I conferred with Defendants' counsel, Bruce Oakley, regarding the relief requested in this motion. Mr. Oakley informed me that Defendants are not opposed to this motion.

*/s/ Russell Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a copy was served on all counsel of record via CM/ECF, electronic mail, or both.

*/s/ Russell Lewis*