# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

### CASE NUMBER NO: 4:19-CV-00652

| | |
|---|---|
| IMPACT FLUID SOLUTIONS, LP F/K/A, <br> IMPACT FLUID SOLUTIONS, LLC <br><br> Plaintiff, <br> v. <br><br> BARIVEN S.A, and PDVSA Services, B.V. <br><br> Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF APPEAL**

Notice is hereby given that Bariven S.A. and PDVSA Services, B.V., Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order granting the Motion to Substitute [ECF No. 55] entered in this action on May 20, 2020.

                                                       Respectfully submitted, <br>
                                                       /*s*/ Quinn Smith

**GST LLP** <br>
Rodney Quinn Smith <br>
Email:quinn.smith@gstllp.com <br>
1111 Brickell Avenue <br>
Suite 2715 <br>
Miami, Florida 33131 <br>
Tel. (305) 856-7723

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Quinn Smith

## SERVICE LIST

Russell Carter Lewis
Baker Botts LLP
910 Louisiana Street
Baker Botts LLP
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.1767
Fax: 713.229.2867
Russel.Lewis@bakerbotts.com

Myra Farah Siddiqui
Baker Botts LLP
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.1863
Myra.Siddiqui@bakerbotts.com

Aaron Robert Crane
Hogan Lovells et al
609 Main St
Ste 4200
Houston, TX 77002
713-632-1446
aaron.crane@hoganlovells.com