United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMPACT FLUID SOLUTIONS LP, a/k/a IMPACT FLUID SOLUTIONS LLC, <br><br> Plaintiff, <br> VS. <br><br> BARIVEN SA and PDVSA Services BV, <br><br> Defendants. | § § § § § § § § § § § CIVIL ACTION NO. 4:19-CV-00652 |

## FINAL JUDGMENT

Having granted summary judgment in favor of Plaintiff Impact Fluid Solutions LP ("IFS") against Defendants Bariven SA and PDVSA Services BV ("Defendants") (Doc. No. 84), the Court now enters final and appealable judgment in this case in favor of IFS.

It is hereby ORDERED, ADJUDGED, and DECREED that final judgment is entered for Plaintiff IFS and against Defendants Bariven SA and PDVSA Services BV for the following:

1. Actual damages in the amount of **$5,645,200.00**.

2. Pre-judgment interest at a rate of 5% per annum, beginning on March 13, 2016, the 180th day after the date Defendants received written notice of IFS's claim, and ending the day preceding the date this final judgment is rendered, for a total amount of **$1,625,508.27**.

3. Post-judgment interest on all amounts awarded in this final judgment at the rate of **0.29%**, compounded annually, from the date this final judgment is entered until the final judgment is paid in full.

All relief not expressly granted herein is DENIED, making this a FINAL JUDGMENT for all purposes.

Signed at Houston, Texas, this 15th day of December, 2021.

Andrew S. Hanen
United States District Judge